UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:  Roberto Francisco Orue, II          Case No.: 21-10553-MAM
SS#:   3378                                  Chapter 13

Debtor(s).
_____/

**EX PARTE MOTION TO APPROVE MORTGAGE MODIFICATION
AGREEMENT WITH FREEDOM MORTGAGE**

The above-referenced Debtor requests the Court enter an Order approving the Mortgage Modification Agreement with Freedom Mortgage ("Lender") with respect to real property located at 7667 NW Greenspring Street, Port Saint Lucie, FL 34987 and states as follows:

1. The Court referred this matter to Mortgage Modification Mediation ("MMM") on March 30, 2021 (ECF # 24).

2. While mediation was scheduled, Lender presented Debtor with a Trial Period Plan Agreement ("Agreement").  Attached is a copy of the Agreement entered into between the parties (with all personal identifiers redacted).

3. Pursuant to the Agreement, the Lender will draft all documents required by the Agreement, other than pleadings or plans required to be filed in this case.

4. Pursuant to the Agreement, the Debtor shall modify the confirmed Plan in this case to provide for the payments due under the Agreement.

5. All payments shall be considered timely upon receipt by the trustee, not upon receipt by the Lender.

6. The trustee may disburse the payment as adequate protection to the

Lender until such time as the plan/modified plan is confirmed, or the case is dismissed or converted to another chapter.

**WHEREFORE,** the Debtor requests the Motion to Approve Mortgage Modification Agreement with Freedom Mortgage ("Lender") be granted and for such other and further relief as this Court deems proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Motion to Approve Mortgage Modification Agreement with Freedom Mortgage, was served by U.S, first class mail, upon the parties listed below on September 17, 2021.

/s/ _____
Attorney for Debtor(s)
Address:    302 South Second Street
            Fort Pierce, FL 34950
Telephone:  (772) 464-4600
Fax:        (772) 465-4747
Colin V. Lloyd, Esq.
Florida Bar No.: 0165182
e-mail address: ecolin@hosklaw.com
Justin A. Lefko, Esq.
Florida Bar No.: 101123
e-mail address: justin@hosklaw.com

Copies to: Freedom Mortgage Corporation, Attn.: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037; Freedom Mortgage Corporation, Attn.: Stanley C. Middleman (Pres./Dir.), 907 Pleasant Valley Avenue, Mt. Laurel, NJ 08054; CT Corporation System as Registered Agent for Freedom Mortgage Corporation, 1200 South Pine Island Road, Plantation, FL 33324

Lender's Counsel: Freedom Mortgage Corporation, Brock and Scott, PLLC, 2001 Northwest 64th Street, Suite 130, Fort Lauderdale, FL 33309

The Mediator: Harry J. Ross, Esq., mediations@hjrlaw.com



**FREEDOM MORTGAGE**
PO Box 50485, Indianapolis, IN 46250-0485

principal and interest, as well as a monthly amount to be collected in escrow for payment of property taxes and/or hazard insurance as well as any other expenses on your behalf (unless such escrow is prohibited by applicable law). If the cost of your hazard insurance, property tax assessment or other escrowed expenses increases, your monthly payment may increase as well.

**To accept this offer, you must sign and return the Trial Payment Plan Agreement no later than 10/01/2021.**

To accept this offer, return this signed agreement no later than 10/01/2021.
You must also make your first payment. To qualify for a permanent modification, you must make the following trial plan payment(s) in a timely manner:

| Due Date | Payment |
|---|---|
| 10/01/2021 | $2148.31 |
| 11/01/2021 | $2148.31 |
| 12/01/2021 | $2148.31 |

**You will be considered to have failed the Trial Payment Plan should one of the following occur:**
 1. You do not return the executed Trial Payment Plan Agreement within the month the first trial payment is due;
 2. You vacate or abandon the property; or
 3. You do not make a scheduled Trial Payment Plan by the last day of the month the payment was due.

Should you fail this Trial Payment Plan, it may impact your ability to be considered for payment assistance options in the future, such as a loan modification.

Trial Payment Plans can be made as follows:

| Wire Transfer or ACH Payments: | Regular Mail for Payments: |
|---|---|
| Freedom Mortgage Corporation | Freedom Mortgage Corporation |
| KeyBank, 127 Public Square, Cleveland, OH | P.O. Box 6656 |
| ABA# 041001039 | Chicago, IL 60680-6656 |
| Acct# 359681378402 | |
| Reference: Freedom Loan#    6538 | |

**Right to appeal and timing for appeal:**

You have the right to appeal this decision within 14 days of the date on this letter. If you would like to appeal, you must contact us in writing at the address provided below no later than 10/01/2021, and state that you are requesting an appeal of our decision. You must include in the appeal your name, property address, and mortgage loan number. You may also specify the reasons for your appeal and provide any supporting documentation.

If you have a verifiable change in circumstances subsequent to this review, please remit proof of this



FREEDOM MORTGAGE®
PO Box 50485, Indianapolis, IN 46250-0485

so that we can review your eligibility for home retention once a complete loss mitigation package is received showing the changes.

**Overnight:**
**Freedom Mortgage**
**10500 Kincaid Drive, Suite 111**
**Fishers, Indiana  46037-9764**

**Regular Mail:**
**General Correspondence**
**P.O. Box 50485**
**Indianapolis, IN 46250-0485**

If you are unable to substantiate a change in circumstances, and are unable to reinstate the loan, we encourage you to consider a Pre-Foreclosure Sale (PFS) of your home in lieu of foreclosure. A PFS allows you to sell the home for a percentage of the current market value regardless of the debt that is owed on the home, however, the Mortgage must be in Default on the date the PFS transaction closes, pursuant to section 204(a)(1)(D) of the National Housing Act, 12 U.S.C. 1710. Please be advised that PFS transactions are reported to consumer reporting agencies and will likely affect your ability to obtain another mortgage and other types of credit.  Attached is HUD Form 90035 with additional information on this foreclosure avoidance program.

If you are a Servicemember, we recommend that you obtain guidance from your employer regarding potential impact to your security clearance and/or employment due to a PFS.

Please note that we will continue to report the delinquency status of your loan to credit reporting agencies as well as your entry into a mortgage payment assistance program in accordance with the requirements of the Fair Credit Reporting Act and the Consumer Data Industry Association requirements.

After all trial period payments are made timely, title is clear and you have submitted all the required documents, your mortgage will be permanently modified.  After successfully completing the Trial Payment Plan (TPP), you must continue making payments in accordance with the terms of the signed agreement until the permanent loan has been ratified by all parties. Your existing loan and loan requirements remain in effect and unchanged during the trial period.  **If each payment is not received by Freedom Mortgage in the month in which it is due, this offer will end.**

If you have any questions, please contact your knowledgeable Customer Care Single Point of Contact, BRYAN S. Teller ID: 04920 at (855) 690-5900 Monday through Friday from 8:00am - 10:00pm and Saturday from 9:00am - 6:00pm Eastern Time. Also, please review the attached "Frequently Asked Questions."

Sincerely,
Customer Care Department



**FREEDOM MORTGAGE**
PO Box 50485, Indianapolis, IN 46250-0485

NMLS 2767

**Additional Information**

FREEDOM MORTGAGE CORPORATION IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED BECAUSE OF A BANKRUPTCY PROCEEDING, THIS NOTICE IS GIVEN TO YOU FOR INFORMATIONAL PURPOSES AND IS NOT INTENDED AS AN ATTEMPT TO COLLECT A DEBT OR AS AN ACT TO COLLECT, ASSESS, OR RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.

THE FEDERAL EQUAL CREDIT OPPORTUNITY ACT PROHIBITS CREDITORS FROM DISCRIMINATING AGAINST CREDIT APPLICATIONS ON THE BASIS OF RACE, COLOR, RELIGION, NATIONAL ORIGIN, SEX, MARITAL STATUS, AGE (PROVIDED THE APPLICANT HAS THE CAPACITY TO ENTER INTO A BINDING CONTRACT); BECAUSE ALL OR PART OF THE APPLICANT'S INCOME DERIVES FROM ANY PUBLIC ASSISTANCE PROGRAM; OR BECAUSE THE APPLICANT HAS IN GOOD FAITH EXERCISED ANY RIGHT UNDER THE CONSUMER CREDIT PROTECTION ACT. THE FEDERAL AGENCY THAT ADMINISTERS COMPLIANCE WITH THIS LAW CONCERNING THIS CREDITOR IS THE BUREAU OF CONSUMER FINANCIAL PROTECTION, 1700 G STREET NW., WASHINGTON, DC 20006.

Loan Number        6538

I, ROBERT FRANCISCO ORUE II , accept and agree to the terms of this document.
**Signature** _____ **Date** _____ (Borrower)

I, ISIS ORUE , accept and agree to the terms of this document.
**Signature** _____ **Date** _____ (Co-Borrower)

_____ **(Authorized Agent of Mortgagee),**

_____ **(Title)** accept and agree the terms of this document.



**FREEDOM MORTGAGE**
PO Box 50485, Indianapolis, IN 46250-0485

**Frequently Asked Questions:** Get the answers you need to some of the most common questions.

**Q. What else should I know about this offer?**
If you make your new payments timely **we will not conduct a foreclosure sale.**
You will not be charged any fees for this trial period payment plan or a permanent modification.
You will not be charged any fees for this trial period plan or a permanent modification.
If your loan is modified, we will waive all unpaid late charges.

Q. Why is there a trial period?

The trial period offers you immediate payment relief and gives you time to make sure you can manage the lower
monthly mortgage payment. The trial period is temporary, and your existing loan and loan requirements remain in
effect and unchanged during the trial period.

**Q. When will I know if my loan can be modified permanently and how will the modified loan balance be determined?**

Once you make all of your trial period payments on time, we will send you a modification agreement detailing the
terms of the modified loan. Any difference between the amount of the trial period payments and your regular
mortgage payments will be added to the balance of your loan along with any other past due amounts as permitted
by your loan documents. While this will increase the total amount that you owe, it should not significantly change
the amount of your modified mortgage payment.

**Q. What if I am aware of fraud, waste, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program?**

Please contact SIGTARP at 1.877.SIG.2009 (toll-free), 202.622.4559 (fax) or www.sigtarp.gov and provide them with your name, our name as your servicer, your property address, loan number and reason for escalation. Mail can be sent to: Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L Street NW, Washington, DC 20220.

**Additional Trial Payment Period Plan Information and Legal Notices**



**FREEDOM MORTGAGE®**
PO Box 50485, Indianapolis, IN 46250-0485

**Additional Trial Period Plan Information and Legal Notices**

The terms of your trial period plan below are effective on the day you make your first trial period payment, provided you have paid it on or before 10/01/2021

**We will not proceed to foreclosure sale during the trial period, provided you are complying with the terms of the trial period plan:**

Any pending foreclosure action or proceeding that has been suspended may be resumed if you are notified in writing that you failed to comply with the terms of the trial period plan or do not qualify for a permanent modification.

You agree that the servicer will hold the trial period payments in an account until sufficient funds are in the account to pay your oldest delinquent monthly payment. You also agree that the servicer will not pay you interest on the amounts held in the account. If any money is left in this account at the end of the trial period plan, those funds will be deducted from amounts that would otherwise be added to your modified principal balance.

The servicer's acceptance and posting of your trial payment during the trial plan period will not be deemed a waiver of the acceleration of your loan (or foreclosure actions) and related activities, and shall not constitute a cure of your default under your loan unless such payments are sufficient to completely cure your entire default under your loan.

**If your monthly payment did not include escrows for taxes and insurance, you are now required to do so:**

You agree that any prior waiver that allowed you to pay directly for taxes and insurance is revoked. You agree to establish an escrow account and to pay required escrows into that account.

**Your current loan documents remain in effect**
You may make the trial period payment instead of the payment required under your loan documents:

**You agree that all terms and provisions of your current mortgage note and mortgage security instrument remain in full force and effect and you will comply with those terms**
Nothing in the trial period plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the loan documents.

**Credit Reporting: We will continue to report the delinquency status of your loan to credit reporting agencies as well as your entry into a Trial Period Plan in accordance with the requirements of the Fair Credit Reporting Act and the Consumer Data Industry Association requirements. Credit scoring companies generally consider the entry into a plan with reduced payments as an increased credit risk. As a result, entering into a Trial Period Plan may adversely affect your credit score, particularly if you have a good credit score. For more information about your credit score, go to http://www.ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm.**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re: Roberto Francisco Orue, II          Case No.: 21-10553-MAM
       SS#:   3378                         Chapter 13

       Debtor(s).
_____/

**ORDER GRANTING MOTION TO APPROVE MORTGAGE MODIFICATION
AGREEMENT WITH FREEDOM MORTGAGE**

This matter came before the Court:

☒    On the Debtor's Ex Parte Motion to Approve Mortgage Modification Agreement with Freedom Mortgage ("Lender").

☐    For hearing on _____, upon Self-Represented Debtor's Motion to Approve Mortgage Modification Agreement with Lender.

Page 1 of 2
MMM-LF-16 (rev. 04/01/15)

   The Court, having considered the motion and being otherwise fully advised in the premises, it is

   **ORDERED** as follows:

1.  The Motion to Approve Mortgage Modification Agreement between the Debtor and Freedom Mortgage ("Lender") regarding real property located at 7667 NW Greenspring Street, Port Saint Lucie, FL 34987 is granted.

2.  The parties are authorized to take any and all necessary actions to effectuate the terms of the Agreement.

3.  The Debtor shall immediately file a Motion to Modify Plan to provide for the payments due under the Agreement.

4.  The Court reserves jurisdiction to enforce the terms of the Agreement and this Order.

###

Submitted By:

Law Firm of Hoskins, Turco, Lloyd & Lloyd
By: Colin V. Lloyd, Esquire
Florida Bar No.: 0165182
302 South Second Street
Fort Pierce, FL 34950
(772) 464-4600
(772) 465-4747  fax


Debtor's attorney shall serve a conformed copy of this Order upon all parties of interest and shall file a Certificate of Service in accordance with Local Rule 2002-1(F).