

ORDERED in the Southern District of Florida on September 20, 2021.

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:  Roberto Francisco Orue, II          Case No.: 21-10553-MAM
SS#:    3378                                Chapter 13

    Debtor(s).
_____/

**ORDER GRANTING MOTION TO APPROVE MORTGAGE MODIFICATION
AGREEMENT WITH FREEDOM MORTGAGE**

This matter came before the Court:

☒    On the Debtor's Ex Parte Motion to Approve Mortgage Modification Agreement with Freedom Mortgage ("Lender").

☐    For hearing on _____, upon Self-Represented Debtor's Motion to Approve Mortgage Modification Agreement with Lender.

MMM-LF-16 (rev. 04/01/15)

The Court, having considered the motion and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. The Motion to Approve Mortgage Modification Agreement between the Debtor and Freedom Mortgage ("Lender") regarding real property located at 7667 NW Greenspring Street, Port Saint Lucie, FL 34987 is granted.

2. The parties are authorized to take any and all necessary actions to effectuate the terms of the Agreement.

3. The Debtor shall immediately file a Motion to Modify Plan to provide for the payments due under the Agreement.

4. The Court reserves jurisdiction to enforce the terms of the Agreement and this Order.

###

Submitted By:

Law Firm of Hoskins, Turco, Lloyd & Lloyd
By: Colin V. Lloyd, Esquire
Florida Bar No.: 0165182
302 South Second Street
Fort Pierce, FL 34950
(772) 464-4600
(772) 465-4747  fax


Debtor's attorney shall serve a conformed copy of this Order upon all parties of interest and shall file a Certificate of Service in accordance with Local Rule 2002-1(F).