# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

In re: Roberto Francisco Orue, II          Case No.: 21-10553-MAM
     SS#:   -3378          Chapter 13

          Debtor.

_____/

### Debtor's Motion to Modify Chapter 13 Plan After Confirmation

The Debtor(s), Roberto Orue, II, by and through his undersigned attorneys, files this Motion to Modify Chapter 13 Plan After Confirmation and states:

1. Debtor's 2nd Modified Plan was confirmed previously by this Court. The Department of the Treasury has filed an amended Claim #17 with a priority claim of $16,429.28 and Debtor seeks to modify the Chapter 13 Plan to pay through the Plan this priority amount at 5% interest during the modified term.

2. By reason of the foregoing, the Debtor proposes that, pursuant to §1329 of the Bankruptcy Code, the Chapter 13 Plan be modified in accordance with the proposed 3rd Modified Plan attached hereto.

**WHEREFORE** the Debtor respectfully requests that this Court enter an Order confirming the Debtor's 3rd Modified Chapter 13 Plan and demands such other and further relief as the Court may deem just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing and the 3rd Modified Chapter 13 Plan have been furnished via electronic filing to **Robin R. Weiner**, Trustee, P.O. Box 559007, Fort Lauderdale, FL 33355-9007; **A.U.S.T.**, 51 SW First Avenue, Room 1204, Miami, FL 33130, and **all creditors** listed on attached Creditors Matrix via 1st Class U.S. Mail this

_____ day of December, 2021.

Law Firm of Hoskins/Turco, Lloyd & Lloyd
By: Colin V. Lloyd, Esquire
Florida Bar No.:0165182
302 South Second Street
Fort Pierce, FL 34950
(772) 464-4600
(772) 465-4747  fax

## UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ 3RD - MMM _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Roberto F. Orue, II _____ JOINT DEBTOR: _____ CASE NO.: 21-10553-MAM

SS#: xxx-xx- 3378 _____ SS#: xxx-xx- _____

## I.   NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | | |
|---|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section IX | ■ Included | ☐ Not included |

## II.   PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A.   MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1.   $1,811.85 _____ for months 1 to 11 ;

2.   $5,277.01 _____ for months 12 to 12 ;

3.   $2,750.00 _____ for months 13 to 25 ;

4.   $2,989.17 _____ for months 26 to 60 ;

**B.   DEBTOR(S)' ATTORNEY'S FEE:**   ☐ NONE   ☐ PRO BONO

| | | | |
|---|---|---|---|
| Total Fees: $8,720.00 | Total Paid: $297.00 | Balance Due: $8,423.00 |
| Payable $418.38 | /month (Months 1 to 11 ) | |
| Payable $480.66 | /month (Months 12 to 12 ) | |
| Payable $256.93 | /month (Months 13 to 25 ) | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$4,650 + $2,600 MMM + $1,050 Mods + $420 MMM costs

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III.   TREATMENT OF SECURED CLAIMS   ☐ NONE

**A.   SECURED CLAIMS:**   ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

| | |
|---|---|
| 1. Creditor: Freedom Mortgage Corporation | |
| Address: 907 Pleasant Valley Ave, Ste 3, Mt. Laurel, NJ | Arrearage/ Payoff on Petition Date _____ |

Debtor(s): Roberto F. Orue, II                    Case number: 21-10553-MAM

| 08054 | MMM TPP Temporary Payment | $1,260.47 | /month (Months 1 to 11 ) |
|---|---|---|---|
| Last 4 Digits of Account No.: 6538 | MMM TPP Temporary Payment | $4,296.62 | /month (Months 12 to 12 ) |
| | MMM TPP Temporary Payment | $2,193.07 | /month (Months 13 to 60 ) |

Other: _____

■ Real Property                                    Check one below for Real Property:

   ■ Principal Residence                    ■ Escrow is included in the regular payments

   ☐ Other Real Property                    ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Address of Collateral:
7667 NW Greenspring St Port Saint Lucie, FL 34987

☐ Personal Property/Vehicle

Description of Collateral: _____

**B. VALUATION OF COLLATERAL:** ■ NONE

**C. LIEN AVOIDANCE** ■ NONE

**D. SURRENDER OF COLLATERAL:** ☐ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

   ■ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors.

   ☐ Other: _____

| Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|
| 1. Sheraton Flex Vacations LLC | 3378 | timeshare |

**E. DIRECT PAYMENTS** ☐ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

   ■ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|
| 1. Fidelity | unk | 401k |

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)] ☐ NONE

   **A. ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

   **B. INTERNAL REVENUE SERVICE:** ☐ NONE

| Total Due: | $16,429.28 | Total Payment | $18,602.40 | |
|---|---|---|---|---|
| Payable: | $6.35 | /month (Months 1 | to 11 ) | |
| Payable: | $10.00 | /month (Months 12 | to 12 ) | |
| Payable: | $40.00 | /month (Months 13 | to 25 ) | |
| Payable: | $514.36 | /month (Months 26 | to 60 ) | |

   **C. DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

   **D. OTHER:** ■ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS** ☐ NONE

Debtor(s): Roberto F. Orue, II                     Case number: 21-10553-MAM

A.  Pay _____ $59.48 _____ /month (Months  1  to 11  )

    Pay _____ $10.00 _____ /month (Months  12  to 60  )

    Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

B.  ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C.  SEPARATELY CLASSIFIED:    ■ NONE

## VI.  STUDENT LOAN PROGRAM    ■ NONE

## VII.  EXECUTORY CONTRACTS AND UNEXPIRED LEASES    ☐ NONE

Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

■ Unless provided for under a separate section, the debtor(s) request that upon confirmation of this plan, the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors/lessors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Collateral | Acct. No. (Last 4 Digits) | Assume/Reject |
|---|---|---|---|---|
| 1. | American Honda Finance Corporation | 2019 Honda Pilot | 5966 | ■ Assume   ☐ Reject |
| 2. | American Honda Finance Corporation | 2019 Honda Passport | 4291 | ■ Assume   ☐ Reject |

## VIII.  INCOME TAX RETURNS AND REFUNDS: ☐ NONE

■ Debtor(s) shall provide copies of yearly income tax returns to the Trustee (but not file with the Court) no later than May 15th during the pendency of the Chapter 13 case. In the event the debtor(s)' disposable income or tax refunds increase, debtor(s) shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims. [Broward/Palm Beach cases]

## IX.  NON-STANDARD PLAN PROVISIONS ☐ NONE

■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

IRS priority payments include 5% interest. Pursuant to In re Lanning, the debtor's prospective income has changed due to a decrease in future bonuses. The debtor's future bonuses are based on target goals which the debtor did not meet in 2020 which results in a significant decrease in 2021 bonuses. The new gross income on line 11 is $15,008.43. The new tax deduction on line 16 is $1,573.40. The total of all deductions on line 44 and marital deductions total $14,999.96. The new monthly disposable income on line 45 is now $8.47.

☐ Mortgage Modification Mediation

### PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____ Debtor _____          _____ Joint Debtor _____

Roberto F. Orue, II                     Date                                              Date

_____    12/9/21
Attorney with permission to sign on    Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**

Label Matrix for local noticing
113C-9
Case 21-10553-MAM
Southern District of Florida
West Palm Beach
Thu Dec  9 11:41:31 EST 2021

Collins Asset Group, LLC
Bass & Associates P.C.
c/o Patti H Bass
3936 E. Ft. Lowell Rd., Suite #200
Tucson, AZ 85712-1083

Freedom Mortgage Corporation
10500 Kincaid Dr
Fishers, IN 46037-9764

Synchrony Bank
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

ARS National Services, Inc.
POB 469100
Escondido, CA 92046-9100

(p)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

Bank of America
4909 Savarese Circle
F11-908-01-50
Tampa, FL 33634-2413

Ben Bridge Jewelers
Attn: Bankruptcy
Po Box 1908
Seattle, WA 98111-1908

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Citibank North America
Citibank SD MC 425
5800 South Corp Place
Sioux Falls, SD 57108

Collins Asset Group
5725 Highway 290 West, Suite 103
Po Box 91059
Austin, TX 78709-1059

Collins Asset Group, LLC
Bass & Associates, P.C.
3936 E. Ft. Lowell Suite 200
Tucson, AZ 85712-1083

Comenity Bank/Abarcrormbie
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Comenity Bank/Express
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Comenitybk/lilswiss
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Comenitycb/dtlfirstfin
Attn: Bankruptcy Dept
Po Box 182273
Columbus, OH 43218-2273

Credit Control, LLC
PO Box 31179
Tampa, FL 33631-3179

(p)CREDIT CORP SOLUTIONS INC
121 W ELECTION RD
SANDY UT 84020-7720

(p)DSNB MACY S
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
O FALLON MO 63368-2222

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA  98083-0657

Discover Bank
Discover Products Inc
PO Box 3025
New Albany Ohio 43054-3025

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054-3025

Dsnb Bloomingdales
Attn: Recovery 'Bk'
Po Box 9111
Mason, OH 45040

Eagle Home Mortgage
Attn: Bankruptcy Department
730 Nw 107th Ave 4th Floor
Miami, FL 33172-3104

Edc/fusilier Managemen
9145 Narcoossee Rd Ste 1
Orlando, FL 32827-5768

Fidelity
ATTN: Bankruptcy Department
218 Datura Street
West Palm Beach, FL 33401-5604

First Bankcard
ATTN: Bankruptcy Department
POB 2818
Omaha, NE 68103-2818

First National Bank of Omaha
Attn: Bankruptcy
Po Box 3128
Omaha, NE 68103-0128

Flex Vacation Owners Association, Inc
PO Box 8038
Lakeland, FL 33802-8038

Freedom Mortgage Corporation
Attn: Bankruptcy
907 Pleasant Valley Ave, Ste 3
Mt Laurel, NJ 08054-1210

Freedom Mortgage Corporation
Attn: Bankruptcy Department
10500 Kincaid Drive
Fishers, IN 46037-9764

Genesis Bankcard Services
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076-4401

(p)GUARANTY BANK
4000 W BROWN DEER ROAD
LOAN ADMINISTRATION
BROWN DEER WI 53209-1221

HSN
PO Box 9090
Clearwater, FL 33758-9090

Honda Lease Trust
ATTN: Bankruptcy Department
POB 997506
Sacramento, CA 95899-7506

Internal Revenue Service
ATTN: Bankruptcy Department
POB 7346
Philadelphia, PA 19101-7346

Isis Orue
7667 NW GreenSpring St
Port Saint Lucie, FL 34987-3051

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LendingClub
Attn: Bankruptcy
595 Market St, Ste 200
San Francisco, CA 94105-2807

LendingPoint LLC.
Attn: Bankruptcy
1201 Roberts Blvd Suite 200
Kennesaw, GA 30144-3612

LendingUSA
Attn: Bankruptcy
15303 Ventura Blvd, Ste 850
Sherman Oals, CA 91403-6630

MLife Rewards
PO Box 2557
Omaha, NE 68103-2557

Maureen A Zelinka, MD PA
4995 S Federal HWY
Fort Pierce, FL 34982-7079

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

(p)MISSION LANE LLC
PO BOX 105286
ATLANTA GA 30348-5286

Monarch Country Club
1801  SW Monarch Club Dr
Palm City, FL 34990-4712

Nordstrom FSB
Attn: Bankruptcy
Po Box 6555
Englewood, CO 80155-6555

Nordstrom, Inc.
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-7999

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Prosper Funding LLC
221 Main Street
Suite 300
San Francisco, CA 94105-1909

Quantum3 Group LLC as agent for
Credit Corp Solutions Inc
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Crown Asset Management LLC
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Reel Time Capital LLC
PO Box 788
Kirkland, WA  98083-0788

Sheraton Flex Vacations LLC
Post Office Box 8038
Lakeland, FL 33802-8038

Svo Portfolio Services
Attn: Loan Servicing Administration
9002 San March Court
Orlando, FL 32819-8600

Syncb/HSN
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Syncb/PPC
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Syncb/golfsmith
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

Synchrony Bank/Ashley Furniture
PO Box 965033
Orlando, FL 32896-5033

Synchrony Bank/Care Credit
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Chevron
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Gap
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Sams
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony/Amazon
PO Box 965013
Orlando, FL 32896-5013

Synchrony/CLowes
Attn: Bankruptcy
Po Box 965004
Orlando, FL 32896-5004

Synchrony/City Furniture
Attn: Bankruptcy
Po Box 965004
Orlando, FL 32896-5004

Synchrony/Pandora
Attn: Bankruptcy
Po Box 965004
Orlando, FL 32896-5004

Synchrony/Rooms to Go
Attn: Bankruptcy
Po Box 965004
Orlando, FL 32896-5004

Target
c/o Financial & Retail Srvs
Mailstop BT POB 9475
Minneapolis, MN 55440-9475

Tea Olive, LLC
PO BOX 1931
Burlingame, CA 94011-1931

United Collection Bureau
ATTN: Bankruptcy Department
5620 Southwyck Blvd.
Toledo, OH 43614-1501

VW Credit, Inc.
PO Box 9013
Addison, Texas 75001-9013

Vistana
PO Box 8038
Lakeland, FL 33802-8038

Volkswagen Credit, Inc
Attn: Bankruptcy
Po Box 3
Hillboro, OR 97123-0003

midland credit management
350 Camino de La rina
Ste 100
San Diego, CA 92108-3007

Colin V Lloyd
302 So 2 St
Ft. Pierce, FL 34950-1559

Harry J Ross
6100 Glades Rd #211
Boca Raton, FL 33434-4371

Justin Andrew Lefko
302 S. Second Street
Fort Pierce, FL 34950-1559

Roberto Francisco Orue II
7667 NW GreenSpring St
Port Saint Lucie, FL 34987-3051

Robin R Weiner
POB 559007
Fort Lauderdale, FL 33355-9007

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

American Honda Finance Corporation
P.O. Box 168088
Irving, TX 75016-8088

Chase Bank
Mail Code OH1272
340 S Cleveland Ave Bldg 370
Westerville, OH 43081

(d)Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850


Credit Corp Solutions Inc.
180 West Election Road Suite 200
Draper, UT 84020

Department Store National Bank/Macy's
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040

Guaranty Bank
Attn: Bankruptcy
4000 West Brown Deer Road
Brown Deer, WI 53209


(d)Honda Financial Services
Attention: Bankruptcy Department
P.O. Box 1027
Alpharetta, GA 30009-1027

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

Mission Lane LLC
Attn: Bankruptcy Notice
237 Kerny St #197
San Francisco, CA 94108


Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)West Palm Beach

End of Label Matrix
Mailable recipients    84
Bypassed recipients     1
Total                  85