UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:   CASE NO: 21-10553-MAM
         CHAPTER 13

ROBERTO FRANCISCO ORUE, II aka Robert F Orue aka
Roberto F Orue aka Robert Orue aka Roberto Orue,

    Debtor
_____/

## FREEDOM MORTGAGE CORPORATION'S OBJECTION
## TO CONFIRMATION OF DEBTOR'S THIRD MODIFIED CHAPTER 13 PLAN

Freedom Mortgage Corporation ("Secured Creditor"), by and through its undersigned counsel, files this *Objection to Confirmation of Debtor's Third Modified Chapter 13 Plan* (Doc 60), and states as follows:

    1.    The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on January 22, 2021.

    2.    Secured Creditor holds a security interest in the Debtor's real property located at 7667 NW Greenspring St, Port Saint Lucie, FL 34987 (the "Property"), by virtue of a Mortgage which is recorded in Official Records Book 4178, at Page 2025, of the Public Records of Saint Lucie County, Florida. Said Mortgage secures a Note in the amount of $281,742.00.

    3.    The Debtor filed a Third Modified Chapter 13 Plan (the "Plan") on December 9, 2021 (Doc 60), to which Secured Creditor objects for the following reasons:

    4.    The Plan terms are not in line with the loan modification. The loan modification trial plan payment ("TPP Payments") terms required $2,148.31 to be paid for the months of October 2021 through December 2021.

    5.    The Third Modified Plan pays $13,865.17 for historical payments through December 2021 but proposes to cure the TPP Payments in January 2022.

6.  A review of the Trustee ledger shows only one TPP Payment has been made on November 2, 2021 in the amount of $2,148.31. The Debtor is attempting to pay the two remaining TPP Payments in January 2022.

7.  Secured Creditor objects as the TPP Payments were not made timely and the trial modification was canceled.

**WHEREFORE**, Secured Creditor respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Secured Creditor as stated herein, and for such other and further relief as the Court may deem just and proper.

BROCK & SCOTT, PLLC
Attorney for Secured Creditor
2001 Northwest 64th Street, Suite 130
Fort Lauderdale, FL 33309
Phone: 813-342-2200
Fax: 954-618-6954
Floridabklegal@Brockandscott.com

/s/ Patrick Hruby

PATRICK HRUBY, ESQUIRE
Florida Bar No. 0088657

**I HEREBY CERTIFY** that a true copy hereof has been served electronically or via U.S. mail, first-class postage prepaid, to: ROBERTO FRANCISCO ORUE, II, 7667 NW GREENSPRING ST, PORT SAINT LUCIE, FL 34987; Justin Lefko, 302 S SECOND STREET, Fort Pierce, FL 34950; Colin V Lloyd, 302 So 2 St, Ft. Pierce, FL 34950; Robin R Weiner, P.O. Box 559007, Fort Lauderdale, FL 33355; Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130, this 12th day of January, 2022.

> BROCK & SCOTT, PLLC
> Attorney for Secured Creditor
> 2001 Northwest 64th Street, Suite 130
> Fort Lauderdale, FL 33309
> Phone: 813-342-2200
> Fax: 954-618-6954
> Floridabklegal@Brockandscott.com
>
> /s/ Patrick Hruby
> _____
> PATRICK HRUBY, ESQUIRE
> Florida Bar No. 0088657