**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 21-10553** |
| | § | **(Chapter 13)** |
| **ROBERTO FRANCISCO ORUE, II** | § | |

**NOTICE OF APPEARANCE ON BEHALF OF U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR RMTP TRUST, SERIES 2021 COTTAGE-TT-V**

Please take notice that the undersigned attorney hereby appears as counsel for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V, pursuant to the Federal Rules of Bankruptcy Procedure and the Federal Rules of Civil Procedure, and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, including, but without limitation: notices and any orders, applications, complaints, demands, hearings, motion, petitions, pleadings or requests, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, facsimile, or otherwise served upon the undersigned attorney at the following address:

ReShaundra Suggs
MILLER, GEORGE & SUGGS, PLLC
210 N. University Drive, Suite 900
Coral Springs, FL 33071
Telephone: 786-268-9954
Facsimile: 954-333-6823
rsuggs@mgs-legal.com

Respectfully submitted,

*/s/ ReShaundra Suggs*
ReShaundra Suggs
State Bar No: 77094 FL
rsuggs@mgs-legal.com
MILLER, GEORGE & SUGGS, PLLC
210 N. University Drive, Suite 900

Coral Springs, FL 33071
Phone: 786-268-9954
Fax: 954-333-6823
*Attorney for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was delivered to the addressees on the attached mailing list by First Class U.S. Mail postage pre-paid and/or electronic mail this 25th day of September 20 23 .

*/s/ ReShaundra Suggs*
**RESHAUNDRA SUGGS**

**Via Pre-Paid U.S. Mail:**

Roberto Francisco Orue, II
7667 NW GreenSpring St
Port Saint Lucie, FL 34987
Debtor(s)

**Via ECF:**

Justin Andrew Lefko

302 S. Second Street
Fort Pierce, FL 34950
Attorney for Debtor(s)

Robin R. Weiner
P.O. Box 559007
Ft. Lauderdale, FL 33355-9007
Chapter 13 Trustee

Office of the US Trustee
51 S.W. 1st Ave., Suite 1204
Miami, FL 33130
U.S. Trustee